IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SAMANTHA SCHNEIDER, : | |
| : | CIVIL ACTION |
| Plaintiff, : | |
| : | |
| v. : | |
| : | NO. 13-5970 |
| THE IT FACTOR PRODUCTIONS, : | |
| a/k/a HOSTED CONTACT SOLUTIONS, : | |
| a/k/a KABACK MODEL MANAGEMENT, : | |
| and ALYCIA KABACK, : | |
| : | |
| Defendants. : | |

**ORDER**

**AND NOW**, this *9th* day of *December*, 2013, upon consideration of Defendant Alycia Kaback's Motion to Dismiss (Docket No. 4) and Plaintiff Samantha Schneider's Response (Docket No. 5), it is hereby **ORDERED** that the Motion is **DENIED**. All Defendants shall file their Answers to the Complaint with twenty (20) days from the date of this Order.

It is so **ORDERED**.

BY THE COURT:

*s/ Ronald L. Buckwalter*
RONALD L. BUCKWALTER, S.J.