IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

SAMANTHA SCHNEIDER,           :     CIVIL ACTION
                              :
       v.                     :     NO.  13-5970
                              :
THE IT FACTOR PRODUCTIONS, et al.,  :
and ALYCIA KABACK,            :

## ORDER

**AND NOW**, this 10th day of July, 2014, upon consideration of Plaintiff's Motion to Enforce Settlement Agreement, and defendant's response thereto, and after review of the Report and Recommendation of Thomas J. Rueter, United States Magistrate Judge, and defendant's objections thereto, it is hereby **ORDERED** that:

1. Defendant's objections to the Report and Recommendation are **OVERRULED**;

2. The Report and Recommendation is **APPROVED and ADOPTED**;

3. Plaintiff's Motion to Enforce Settlement Agreement is **GRANTED**;

4. Defendant, Alycia Kaback, shall execute a Settlement Agreement and General Release, consistent with the terms placed on the record on June 11, 2014, and return the completely executed Agreement to plaintiff's counsel within ten (10) days of the date of this order; and

5. Plaintiff's Request for Attorney's Fees is **DENIED**.

BY THE COURT:


 _s/ Ronald L. Buckwalter_
RONALD L. BUCKWALTER, S. J.